AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CALIFORNIA BANK & TRUST,

    *Plaintiff*

v.

SHILO INN MOSES LAKE, INC., et al,

    *Defendant*

Civil Action No. 2:12-CV-161-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **Suko** on a motion for

    Summary Judgment.  CB&T's Motion for Summary Judgment on Counterclaims, ECF No. 98, filed November 14, 2014, is GRANTED insofar as Defendant Shilo filed no opposition and based on the resultant judicial foreclosure, said motion is otherwise moot.

Date: January 22, 2015

        *CLERK OF COURT*

        SEAN F. McAVOY

        s/ Cheryl Cambensy
        *(By) Deputy Clerk*

        Cheryl Cambensy