Eric D. Lansverk, WSBA #17218
Joseph A.G. Sakay, WSBA #24667
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745

Hal Mark Mersel
Kerry Moynihan
(Admitted *Pro Hac Vice*)
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612
Telephone: (949) 223-7000

*Attorneys for Plaintiff California Bank & Trust*

THE HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| CALIFORNIA BANK & TRUST, as assignee of the Federal Deposit Insurance Corporation, as receiver for Vineyard Bank, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHILO INN, MOSES LAKE, INC., a Washington corporation; MOSES LAKE FOOD MART, INC., a Washington corporation; and KOHLI INVESTMENT, INC., d/b/a Sunval Express, a Washington corporation,<br><br>Defendants. | Case No. 2:12-CV-00161 LRS<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE SUBJECT TO REOPENING** |

*Order for Dismissal - 1*

Having read and considered the Stipulation for Dismissal Without Prejudice Subject to Reopening submitted by Plaintiff California Bank & Trust (the "Plaintiff" or "CB&T") and Defendant Shilo Inn, Moses Lake, Inc. ("Borrower"), the Court finds the following:

A.     On January 22, 2015, this Court entered the Amended Order re Pending Motion (the "Order") (ECF No. 154) granting the motion brought by Plaintiff California Bank & Trust as assignee of the Federal Deposit Insurance Corporation, as receiver for Vineyard Bank, a California banking Corporation ("CB&T" or "Plaintiff") for partial summary judgment for judicial foreclosure. The Order also dismissed the counterclaims of Shilo Inn, Moses Lake, Inc. (the "Borrower").

B.     That same day, this Court entered a Judgment in a Civil Action dismissing Borrower's counterclaims.

C.     On January 23, 2015, this Court entered an Amended Order re: Pending Motions (ECF No. 156), to fix a typographical error.

D.     On January 30, 2015 this Court issued a Writ of Execution for the sale of the real and personal property.

*Order for Dismissal - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

E. Plaintiff and the Borrower have reached a Settlement Agreement that provides, among other things, for certain actions to be taken by the Borrower, including the payment of funds to Plaintiff.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff's claims in this case are hereby DISMISSED WITHOUT PREJUDICE AND SUBJECT TO REOPENING;

2. If the Borrower fails to meet any of the obligations set forth in the Settlement Agreement, counsel for Plaintiff is authorized to file the Stipulation Re: Reopening Proceedings attached hereto as Exhibit 1 so that this proceeding shall be reopened;

3. All previous orders and rulings remain in full force and effect upon reopening;

4. After the reopening of this proceeding, counsel for Plaintiff is authorized to file for entry by the Court the Writ of Execution attached hereto as Ex. 2, the Stipulation for Order Appointing Receiver attached hereto as Exhibit 3, and declaration by a CB&T representative on the form attached hereto as Exhibit 4; and

*Order for Dismissal - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

5. After the reopening of this proceeding and after completion of the foreclosure sale, counsel for Plaintiff is authorized to obtain a Judgment pursuant to the terms of the Court's Amended Order on January 23, 2015.

IT IS SO ORDERED.

DATED this 15th day of June, 2015.

_s/ Lonny R. Suko_
The Honorable Lonny R. Suko
U.S. District Court Judge

*Order for Dismissal - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789