UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZB, N.A., dba California Bank & Trust, successor by merger to California Bank & Trust, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHILO INN, MOSES LAKE, INC., a Washington corporation; MOSES LAKE FOOD MART, INC., a Washington corporation; and KOHLI INVESTMENT, INC., d/b/a Sunval Express, a Washington corporation,<br><br>Defendants. | Case No. 2:12-CV-00161 LRS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF SUPPLEMENTAL FIRST AMENDED COMPLAINT; DIRECTING ENTRY OF JUDGMENT; AND CLOSING THE FILE** |

Having considered the Plaintiff's Motion for Voluntary Dismissal of Supplemental First Amended Complaint (**ECF No. 232**), which is unopposed, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss the Supplemental First Amended Verified Complaint (**ECF No. 232)** is **GRANTED**.

///

ORDER - 1

2. The Supplemental First Amended Verified Complaint (ECF No. 49) and the claims therein are dismissed without prejudice and without costs or fees to any party.

3. The Clerk of the Court shall enter this Order and judgment, provide copies to counsel, and **CLOSE THE FILE**.

**IT IS SO ORDERED.**

DATED this 4th day of October, 2017.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Court Judge